UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY USSERY,<br><br>    Plaintiff,<br><br>    v.<br><br>NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING,<br><br>    Defendant. | No. 2:24-cv-03699-DJC-CKD PS<br><br><br>ORDER |

On May 1, 2025, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 4.) No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full. In addition, the Court has reviewed the Magistrate Judge's March 26, 2025 Order (ECF No. 3) which the Court finds is also supported by the record and the proper analysis.

////

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations (ECF No. 4) are adopted in full.
2. This action is dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b); and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **June 13, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2